James E. Hart (SBN 194168), J. Kevin Lilly (SBN 119981)
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Phone: 949-705-3004  Fax: 949-724.1201
Email: jhart@littler.com; klilly@littler.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MICCICHE<br><br>PLAINTIFF(S)<br>v.<br><br>SCHNEIDER ELECTRIC, et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>SACV 11-01479 JVS (JCGx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

Application to Lodge Under Seal the Individual Settlement Agreement of Tamara Micciche
(Proposed) Order Granting Application to Lodge Under Seal the Individual Settlement Agreement of Tamara Micciche

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other
   The Individual Settlement Agreement of Tamara Micciche

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated   August 9, 2012 (Docket No. 23)
☐ Manual Filing required ( *reason* ):

August 14, 2012
Date

_/s/ Littler Mendelson_
Attorney Name
Defendant; SCHNEIDER ELECTRIC USA, INC.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (12/11)                    NOTICE OF MANUAL FILING
Firmwide:113797042.1 061931.1010